IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SILAS MARTIN,                      ) | |
|     Plaintiff,        ) | |
|                                    ) | CIVIL ACTION NO. |
|     v.                                   ) | 2:03cv1174-MHT |
|                                    ) | (WO) |
| LEWIS HULETT, JEFFREY        ) | |
| KNOX, and BILLY BLUE,           ) | |
|     Defendants.    ) | |

OPINION

Pursuant to 42 U.S.C.A. § 1983, plaintiff Silas Martin, a state inmate, filed this lawsuit asserting both a religion claim and a disciplinary claim. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants Lewis Hulett, Jeffrey Knox and Bill Blue's motion for summary judgment should be granted. Also before the court are Martin's objections to the recommendation. After an independent and de novo review of the record, the court

concludes that Martin's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this 25th day of January, 2006.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**