IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SILAS MARTIN,                   )
                                )
    Plaintiff,                  )
                                )    CIVIL ACTION NO.
    v.                          )      2:03cv1174-MHT
                                )           (WO)
LEWIS HULETT, JEFFREY           )
KNOX, and BILLY BLUE,           )
                                )
    Defendants.                 )
```

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Silas Martin's objections (Doc. No. 25) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 24) is adopted.

(3) Defendants Lewis Hulett, Jeffrey Knox and Billy Blue's motion for summary judgment (Doc. No. 13) is granted.

(4) Judgment is entered in favor of defendants Hulett, Knox, and Blue and against plaintiff Martin, with plaintiff Martin taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Martin, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this 25th day of January, 2006.


                        /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE